

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

| | | |
|---|---|---|
| PHILIP ALAN GREEN and JONATHAN ZACKHERY WILKS, | § | No. 08-23-00086-CV |
| Appellants, | § | Appeal from |
| v. | § | 42nd Judicial District Court |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS and GLENN HEGAR, in his Official Capacity, | § | of Callahan County, Texas |
| | § | (TC# 22326) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellants all costs of appeal for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF NOVEMBER, 2023.


LISA J. SOTO, Justice

Before Palafox, J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)